U.C. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 9 2023

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

_____OHS R. Mays_____,

(Enter the full name of the plaintiff.)

v.

(1) _____Stulsby_____,

(2) _James Kirkland_,

(3) _Martinez_____.

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

Case No. __2:23-cv-0875 Sec P__
(Court Clerk will insert case number)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.     You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.     You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.     You must send the original complaint and one copy to the Clerk of the District Court.

4.     You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee). The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis*.

5.     If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7.    The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.    If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

**I.    Jurisdiction is asserted pursuant to:**

_____ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

__X__ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

_____

Rev. 10/20/2015

**II.    State whether you are a:**

_____ Convicted and sentenced state prisoner

__X__ Convicted and sentenced federal prisoner

_____ Pretrial detainee

_____ Immigration detainee

_____ Civilly committed detainee

_____ Other (please explain) _____

**III.    Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

      Plaintiff(s): _OHIS MUMS_

      Defendant(s): _DOe et al_

   b. Court and docket number: _22-CV-00124-G_

   c. Approximate date of filing: _2022_

   d. Issues raised: _They failed to provide me medical attention_

   e. Disposition (for example:  Did you win?  Was the case dismissed?  Was summary judgment entered against you?  Is the case still pending?  Did you appeal?): _Still Pending_

   f. Approximate date of disposition: _none yet_

   If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

## IV.   Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.      Plaintiff

Name and any aliases: _Otis Mays_

Address: _FCI-Oakdale 2, P.O. Box 5010, Oakdale, LA, 71463_

Inmate No.: _21955041_

2.      Defendant No. 1

Name and official position: _FCI-Oakdale_

Place of employment and/or residence: _Bureau of Prisons_

How is this person sued? ( ) official capacity, ( ) individual capacity, (✓) both

3.      Defendant No. 2

Name and official position: _Stalsby * SIS Officer_

Place of employment and/or residence: _FCI-Oakdale 2_

How is this person sued? ( ) official capacity, ( ) individual capacity, (✓) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

6.    *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

•    If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.    **Claim 1:**

(1)    List the right that you believe was violated:

See document listed claims

(2)    List the defendant(s) to this claim:  (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

See document listed as Statement of Claim

(3)    List the supporting facts:

_____

_____

_____

_____

(4)    Relief requested:  (State briefly exactly what you want the court to do for you.)

_See puse uttushed Insted Reuep_

_requested_

_____

_____

## 2.    Claim II:

(1)    List the right that you believe was violated:

_____

_____

_____

_____

(2)    List the defendant(s) to this claim:  (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

_____

_____

_____

_____

(3)   List the supporting facts:

_____

_____

_____

_____

(4)   Relief requested:  (State briefly exactly what you want the court to do for you.)

_____

See attach document- Relief reqused

_____

_____

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.   Declarations

I declare under penalty of perjury that the foregoing is true and correct.

Ous Mels
_____
Plaintiff's signature

9-24-2023
_____
Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the ___24___ day of ___June___, 20_23_.

Ous Mus
_____
Plaintiff's signature

9-24-2023
_____
Date

Rev. 10/20/2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 29 2023

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

Request for an Emergency hearing

Dear Your honor                                    9-24-23

I am writing you to ask that you please put in an order preventing me from being transfered from FCI- Oakdale 2. Were I am currently incarcerated.

I am making this request because I have been labled as stealing from an high member of an curtel. Which now my life has been threaten. Your honor I have not done this and there video to prove this but because I am unable to show this video to Mr. Columbia to clear my name. I remained a murked man. Your honor I have only been held to be the Person who did the stealing because I've pissed off the SIS offiber Stalsby who was in charge of the investigation. He is the one that has been stating that he witnessed me on video going into Mr. Columbia cell stealing from him. Your honor I will swear under the penalty of perjury that I did not do it the camera show's the current person who did it but SIS will not listen.

I've written to the SIS LT and spoke to her in person and told her that SIS Stalsby lies were placing my life in danger. I asked her to look into the video herself but she told me that she would do no such thing that if her officer said it's me it's me but that I needed to let the

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 29 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

Investigation run it's course.

I also wrote the warden Mr. Martinez 2 weeks ago on Tuesday June 13th 2023 but still have not heard anything from him I asked him to please come down and speak to me resarding the issue but that has not happen.

I've also written AW's Ivey and Moms about the issue but have still not heard anything from either of them I attempted to speak to AW Ivey on Friday June-23-2023 But she would not pull me out but only speak to me through the cell door In the SHU were everyone could hear me.

Your honor all I need you to do Is either you order them to allow you review the video so you yourself can have them clear my name or allow me an hearms.

I'm In the SHU currently and set to be sent to another prison they tell me soon. They will not provide me an exact date do to [crossed out] It being a security risk.

Thank you for all your time.

Otis Mays # 21955041
FCI-Oakdale 2
P.o. Box 5010 / Oakdale, LA, 71463.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 9 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

## Statement of facts

On 6-31-23 I was Incarcerated at FCI-Oakdale located at 1507 East Whatley Road, Oakdale, LA, 71463.

On that day SIS officer Stalsby came to my cell at approximently 3:45pm while me and my cell mate where in the cell. once he came in he asked me if I was aware why he was at my cell. I responded and told him no. He then told me he was there to get the stuff that was stolen out of Inmate columbia cell. I told him I had nothing to do with that he then told me he knew that I had Information on who did it. I then stopped talking. He then looked at my cellmate And asked him if he knew anything my cellmate then said the only thing that he was saying was that I did not have nothing to do with that situation. He then asked my cellmate who did my cellmate said that he would not speak about SIS Stalsby then left out the cell and locked the cell door With both me and my cellmate Inside.

About 15 minutes later on SIS Stalsby, CO Savoy, CO Graham, CO Jhon doe#1, CO John Doe#2 and CO John Doe#3 all came to my cell together and open my door I SIS Stalsby then told me to come on I was going to the SHU. I asked for what he told me that he would tell me once I was In route to the SHU. I then walked out my cell and was hand cuffed buy CO John Doe #1 then CO Savoy and Stalsby went Into my cell and looked my locker with my lock. Two of the other

U.S. DISTRICT COURT
RECEIVED

JUN 2 9 2023

TONY R. MOORE, CLERK
BY:_____
DEPUTY

CO's then went down a few cell and had Inmate Melvin Williams come out of his cell then cuffed him. As we started to move I asked CO John Doe # If he could cuff me In the front that I had a medical pass to be cuffed In the front I was then told to go Into my room and obtain It. I did that and was cuffed In the front.

As Me and Inmate Williams was being escorted to the SHU by SIS Stalsby and the other CO's I asked him why I was being taken to the SHU He said because he seen me on camera go Into Inmate Juan Aka columbia cell and come out with a bag. This was said while still In the unit loud for multiple Inmates to hear It. I told him that I never stole anything that I was not even In the unit. As we were going out the door Inmate Rocky said come on ohs you stealing. I then told SIS Stalsby he could ask Inmate Williams I had nothing to do with that Inmate Williams then said Stalsby Mans really don't got nothing to do with this. Stalsby said that he was not going to listen to an Inmate, that he seen me on camera he know's I did It. I then told Stalsby that he could not have seen me because I did not go Into his cell that me and columbia are cool. Stalsberry said no your not he wants to kill you now that he knows you were the one that went Into his cell and stole from him. I told him that I never went In there Stalsby said no one believes that What do you think he will believe you over me. I said oh so you told

3-4 Statement of facts

him you seen me on camera stalsby then said yes. I was then handed over to SHU staff.

On 6-20-2023 while In the SHU I spoke to CO SHU property officer Gore and asked him for my radio he told me I could not have It because I was going to end up being shipped I said why he was saying that he said everyone know you where caught on camera stealing from the cartel.

On 6-15-2023 While the prison Admin was doing there walk through I stopped SIS LT Jane Doe ___ I then asked her If she could order SIS officer Stalby to stop falsely telling people he seen me on camera going into some one room and stealing. She told me that I needed to let the Investigation run It's course.

While In the SHU I recieved multiple mususes from other Inmates that the word In my old unit was I was caught on camera by SIS Stalby. Stealing from Inmate columbia. That now I have a target on my back due to me Stealing from columbia by the cartel

Do to this I stay In my cell where I can not be attacked by any other Inmates.

I asked Ms. Ivey If she could have SIS write me a shot which would have allowed for me to be able to obtain a staff rep who could

then review the camera footage. I was told no that I have to let the investigation run It's course I told her that SIS Stalsby has already stated he seen me on camera do the allegse theft What more investigation needs to be done. After 26 days I was told that I would not be receiveing a shot that I am going to be shipped due to a threat made against me from the person I stole from. I then told Kirkland that I did not steal from anyone. and that there no real threat or issue between me and columbia that if there is It's only due to the false lie created by Stalsby. He then told he has nothing to do with that. I asked him if he could look into the camera footage he said I did not have a right to a stuff rep do to I never got a shot.

I am now unable to fight the lie by having any stuff verify it's not me which would simply show 1 I did not commit the allealse theft. 2 That SIS Stalsby lied 3 would put to rest any issue created between me and columbia which would take away any danger.

## Relief Requested

#1  I request that I be compensated. I Fininacly In the amount of $

#2 I request a written appollsy from the defendant Stalsby

#3 I ask that 60 days be taken off my sentence

#4 I ask that I be transfered back to the RHU at FCI-Oakdale

#5 I ask that Mr. Stalsby and or Prison Admin be order to show Inmate columbia the Video of the theft. so my name Is clear.

#6 I ask that the court enter an emersency order preventing me from being removed from FCI-Oakdale untill a hearins can be had so that I am not Placed at risk of harm while being forced through transit.

#7 I ask that the court order that the Bop Assign an Independent Person to look Into my complaints

#8 I ask that SIS Stalsby be disciplined for his conduct nothing less then being Suspended

Defendants

Stalsby - SIS Officer

J. Morris - Assisuant Warden

Jane Doe - SIS LT

James Kirkland - unit counclor

. Murteniez - Warden

Claims

#1 Defendant Stalsby violated my 4, 5, 6, 8, 14 amendment rights by deliberatly placing me at direct risk of harm by him knowingly making a false statement knowing that the false statement would cause for my safety to Immediatly be place In danser by other Inmates not only at the current prisons but all over the BOP.

#2 Defendants Jane Doe, Murtmez, Kirkland, and Morris violated my 4, 5, 6, 8, 14 Amendment right of harm by failing to Intervene by knowing that SIS officer Stalsby Was making false statements which placed my safety In Immedate jepordy of being harmed by other Inmates.

#3 Defendants June Doe, Murtmez, Morris violated my 4, 5, 6, 8, 14 Amendment rights by failing to supervise there staff by failing to look Into my complaint of SIS stalsby faisty lyings on me which allowed for the false statement to seem true which place my safety at risk.