RECEIVED

JUL 25 2023

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY ___

23-CV-0875 SECP
Cmp

#1   Defendants Bureau of Prisons, FoI oakdale, Trull, Iveroy, Martenez, Morris, Carter, John Doe1, Gore, Maxie, Kirklin, Dallerm    Violated my 4,5,6, 8,14th Amendment rishts and committed State tort of nesligence. BY failins to prevent property officer Gore from denyins multiple Inmates from Inventorying there Plamtiff that CO Gore property officer Was denyins the Plumtiff to property Inventory his property. BY not allowins Inmates to list any Items that were missins. Which denied Inmates to later on be able to file a tort claim. Due to the fact the BoP has repeatedily denied tort claims filed by Inmates who did not state the missins property on the form when doins Inventory

#2   Defendant Lynchered, Iveroy, Morris, Trull, Muck, Carter, Martinez violated my 4,5,6,2,14th Amendment rishts and committed State tort of nesligence. BY failins to prevent an officer they were all superiur to to knowinsly violate my rishts. BY lockins me up In the SHU due to an Investisution not only that he had lied In to Involve me In retaliation to me not beaomins an Informunt but also creating an situation between me and another Inmate by lien which caused for me needins to be locked

UP.

#3 Defendants Bureau of Prisons, FCI-oakdale, Martinez, Morris, Carter, Ivery, Maxie, Trull, Kirklin, Lynchered All violated my 4,5,6, 8, 14 amendments rights and committed State tort of neglisence. By failing to supervise. Officer Stalsby. When they were unsure that he had placed me In the SHU only In retaliation for failing to become an Informant. Also by knowing he lied to both Staff and Inmates about me stealing from another Inmate. They knew all the had to do was review the camera footage from the Incident.

#4 Defendants Bureau of Prisons, FCI-oakdale, Trull Martinez, Morris, Carter, Ivery Maxie, Kirklin, Lynchered All violated my 4,5,6, 8, 14 amendments rights and committed State tort of neglisance By failing to train officer's. Not to Placed Inmates In the SHU In retaliation for Inmates to tell on other Inmates.

#5 Defendants Stalsby violated my 4,5,6, 8, 14th amendment rights as well as committed the State tort of neglisence and Slander. By lien to multiple Stuff and Inmates Including Inmate Columbia that he viewed me on camera going Into Inmate columbia cell and steal things out of his cell.

#6   Defendant Stusby violated my 4,5,6,8,14 Amendment rights as well as committed State tort of neglisence. BY Placims me at risk of harm. BY knowins that by tellins Inmate columbia that he verfryed that I was the Inmate that went into his cell and stole out of it by viewms the camera. He knew that columbia would take it as offensive and wunt to cause harm to me. Also that he had conneations to the cartel who could do harm to me.

#7   Defendant Martinez, Moms, Iveroy, carter o. Mack, carter, Lynchered, Maxie, Kirklin, Trull All violated my 4,5,6,8, 14th amendment rights as well as comminteed the State law tort of neglisence. BY failms to properly supervise and or train there Stuff resurdins Investisation procedure retalliations, and or tarsetms Inmates Placims false Investisations on an Inmate due to an Inmate not providins information creatins an direct risk of harm to an Inmate.

#8   Defendants Martinez, Moms, Iveroy, carter, o. Mack, Lynchered, Maxie All violated my 4,5,6,8, 14th amendment rights as well as committed state law tort of neglisence BY failins to properly supervise and or discipline there Staff. BY the Defendunts knowins there Staff

4-4

#8 Where repeatedily violatins Inmates rights and violatins BOP policy by there Staff lockins Inmutes up for not becomins Informants for them and or not Intervenins In cases were staff wrongfully locked Inmates up and did so In retaliation.

#9 Defendants Martinez, Iveroy, Morris, carter, Lynchered, Mack, Maxie, kirklin, Morris, Trull All violated my 4,5,6,8, 14th amendment rights as well as committed state law tort of neglisence by failins to Intervene when the Defendants were all aware that Stalsby was completly lied to both Staff and Inmates when he said I was the one who stole Property from another Inmates name Columbia. When the video footase clearly showed It was not me. knowins that thir lie placed me at an direct line of harm

#10 Defendant Bureau of Prisons, FCI-Oakdale, Martinez, Iveroy, carter, Morris, Lynchered, Trull Marat, Maxie, kirklin All violated my 4, 5,6,8, 14th amendment rights as well as committed state law tort of neglisence. By Allowing on policy/custom/Pattern to continue/exist. By the defendants knowins that Stalsby was Placins Inmates In the shu In complete Retaliation for Inmates denyins to tell on other Inmates.

## Statement Of Facts

On approximent May-31-2023 SIS Stalsby came to my cell durins or risht after the count was done and unlocked my cell door and came Into my cell. After he entered my cell he told my cellmate John Doe #2 told move back out of the door way which he was sitting In. He then complied and moved away from the door further Into the cell. Stalsby then asked me Why am I here I did not respond Just continued to look at my lesal work as I was before he enter. He then said Mays I then looked at him he then repeated his self. I told him I did not know. He then asked me Why I went Into _____ cell I told him I did not know Who that was. He then asked me why I wanted to lie to him. I then asked him If he was talkins about columbia He said that's Who I'm talkins about. I told him I heard someone went Into his cell and stole from him but I had nothins to do with that. He then asked me who told me that I said columbia came and spoke to me about it. He told me he believed he knew who did It and told me If I heard somethins to let him know I said I was not Settins Involved. Then Stalsby asked me Who did It I told him I did not know asum It was none of my

business. He said oh so if I so look at the camera's I won't see you on there goins in to columbia room and comms out with any thins I told him no. He said that I should just help him out because I did not want to be on his shit list. Because someone was goins to the SHU today and it would probably be someone on his shit list. I told him I had not had anythins to do with the situation period. He then asked my cellmate if he knew anything he said he did not. Then left out our room and looked our door. About 5-10 minutes later SIS Stalsby came back to my cell door with CO Savoy, Grham and 2 other unknown CO's. Once my door was open Stalsby said Yea I guess it's my shit list let's go mays. I said Where am I goins he said the SHU. I seen you on camera. I told him that he was a lie I never had any thins to do with that. He said well I guess all black people just look alike. He then told me to let's go or I'll also give you a shoot for disobeyins an direct order. I then stood up to look my locker he told me don't worry about that It'll be packed up soon. Let's go preventins me from lockins my locker. I then was placed up against the wall and patted down by another so white CO Stalsby and another CO went down to another cell and got Inmate Melvin Williamson

3-8

While on the wall I asked CO Swvoy to look my locker. She then went into my room and locked my locker. I then was walked through the unit by Stalsby and he said you know I sot you on camera. Then Inmate _____ yelled out his door and said "come on Mays I know your not stealing." I just kepted walking. Once by the back door I told Stalsby I knew he was lien he then said you well I save you a chance to talk now you have to take the fall. I asked him when he would do my write up he said somethins like he had 30 days. I asked him if he had me already on camera why did he need 30 days he said he was allowed that much per policy. I then asked him to speak to Inmate Williamson he could verriy that I had nothins could do with the theft that took place. Williamson then stated yea Stalsby Mays can't have nothins to do with that you sot the wrong suy. Stalsby then responded by saymns I'm not takins his word or anyone else I seen you on camera so Into that man room and come out with a bag rapped under a sheet. I was then was placed in the SHU. While in the SHU I wrote multiple cop-outs to staff such as Warden Martenioz, AW Iveroy, AW Morris, and verbally spoke to unit team Kirklin, Maxie

SIS LT Lynchered about why I was in the SHU I told SIS lynchered, AW Iveroy, AW Mums, Warden Martinez, kirklin and muxie I requested that they all reviewed the camera foutuse that stalsby claimed he used to verfiy that I was the one that entered the cell. I told them that I had nuthins to do with It and that I had been lubled as not as a thife but as the one who stole from Inmate columbia. When I was told I was back In the SHU due to my pendins SIS Investisation but as well for the threat that columbia placed on me. I told Iveroy, kirklin, Muxie, Lynchered that before SIS Stalsby lied and said that I was the Inmate that went Into his cell and stole from him me and him have never had any altercation or had any problems that me and him were cool. I told them that I'd recreved a messase that he had only said It was an Issue because he was told by stalsby that he seen me on camera do It. I asked all of them to simply review the camera foutuse and verfiy that It was not me then so tell this to Inmate columbia and ask If he still would like to hum me. Because I know that the only reasun he stated he wanted to dume hum Is due to the fact of the fanse statement from

SIS Stalsby. They all refused to intervene and look at the camera footage I never recieved any response from the warden or AW Morris. AW Ivery wrote me a response to one cop out and stated for me to allow the investigation to be completed. Both Maxie, kirklin responded and told me not to try to put them in the middle of my stuff. SIS LT told me that she did not believe that Stalsby would lie. This was all done within my first 10 days in the SHU. On 6-20-23 CO Gore took me to my cell while doing so I asked him if he had heard If I would be sent back to the RHU he told me no that It was not safe for me after stealing from the cartel. I then wrote SIS lynchered, and AW Ivery cop outs telling them that I believed that Stalsby lie about me stealing from Inmate columbia is not only currently placing me at an immediate risk of being harmed but also once I am transfered. I told them that All forms of harm could simply be eliminated by them reviewing the camera footage and telling Inmate columbia that I wasnt the one that did the crime. Due to the fact that I was only labled as the one who did the crime by SIS stalsby. Both of them told me they would not do what I was requesting. I then continuesly asked

multiple Admin staff such as AW's Mack, Ivory, and Morris, unit team staff Maxie, Kirkin. To look into this matter. But was denied. I then was forced to sit In the SHU and denied any hearings to prove that I was being falsly held. In the SHU.

On approximently may-25th-2023 Inmate Troy. Graves #                    Was brought to the STU for alledsally being Involved In a fisht that took place alledsally In a cell he In. The fisht alledsedly Involved Inmate named David Davis Davis told Stalsby that he was not In a fisht nor had Inmate Graves ever assaulted him. On approximently While Graves and his cellmate SIS Stalsby came to there cell upen the door and told Graves cellmate to step out of the room so he could speak to Graves he complied. I was seated within 5 feet of Graves door at the table In the duy room and had a clear view of the entire Incident. Stalsby was In the cell for about 5-10 mmutes speaking to Graves. After he exited he had Graves placed In the STU Pending Investsation. Inmate Graves told me that Stalsby wanted him to tell on other Inmutes but when he denied to do so Stalsby had him taken to the STU and placed under an Fuise Investigation and had him In the STU for about 27 days SIS closed his Investsation without any findings that he committed any rule violations but recommended an transfered

In June of 2023 Inmate Juson Rubio # 99466-051 was brought to the SHU for allegedly being apart of some theft that Involved some stuff cigarettes and was placed In the SHU pending Investigation by SIS Stalsby. While In the SHU Rubio stated to me that on the day he went Into a cell of Inmate Woods tryins to obtain some coffe. While In the cell for no more then 2 minutes he then left out of the cell after exitins the housins officer told the entire unit to lockdown for maitnunce which every Inmute complied. Once they did so multiple staff came Into the unit and went to Inmate Rubio cell at that time SIS Stalsby had him removed he then spoke to Rubio and asked Rubio to tell on another Inmate he believed stole ciserutes from another staff member. The theft was clearly on camera. So SIS Stalsby knew Inmate Rubio had no Involvement. But once Rubio declined to tell Stalsby had him placed In the SHU under Investigation for theft. Rubio did 30 days In the SHU and recieved no Shot for the Incident Prison admin meet with Rubio on 7-20-2021 and told him that they knew he had no Involvement but still made him sit In the SHU for 30+ days.