# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **OTIS R. MAYS** | **CIVIL DOCKET NO. 2:23-CV-0875** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SIS OFFICER STALSBY, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 22], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the following defendants be DISMISSED WITHOUT PREJUDICE: Martinez, FCIO, J Morris, Bureau of Prisons, Trull, Iveroy, Carter, John or Jane Doe #1, Gore, Maxie, Kirkland/Kirklin, Dalerm, Lynchered, Mack, Ma'at, Correville, Gillary, and Savoy.

IT IS FURTHER ORDERED that all claims of negligence are DISMISSED WITH PREJUDICE for failure to state a claim.

IT IS FURTHER ORDERED that all claims, other than the claim that SIS Officer Stalsby intended to cause him serious harm by inciting other inmates to do violence against him, should be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 3rd day of November, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE