UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **OTIS R. MAYS** | **CIVIL DOCKET NO. 2:23-CV-00875** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SIS OFFICER STALSBY** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 52], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION filed in the record;

IT IS ORDERED that that the MOTION TO DISMISS, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [Doc. 34] be GRANTED and the instant suit be DISMISSED WITHOUT PREJUDICE due to lack of exhaustion.

THUS DONE AND SIGNED in Chambers this 31st day of January, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE